## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

IN RE:    Jay E Jipner (other names used by debtor: President of        Case No. 18-10536 cab
Robinson Fuels, Inc., Member of Hart and Mead Energy, LLC     Chapter 13
Member of All Star Fuel, LLC)

           Debtor

Filed & Entered
On Docket
January 8, 2019

## ORDER MOTION TO EXTEND TIME FOR FILING
## SCHEDULES, FORM 122C-1, STATEMENT OF AFFAIRS AND PLAN

UPON CONSIDERATION of the Debtor's Motion to extend the time to file All

Schedules and other documents,

IT IS ORDERED, that Debtor shall have until January 17, 2019 to file All Schedules,

the Summary of Schedules, Statements, an attorney Disclosure Statement, a Form 122C-1,

Debtor's Pay Stubs/Advices with Cover Sheet, Debtor's Chapter 13 Plan and Wage Witholding

Order.

January 8, 2019
Burlington, Vermont

Colleen A. Brown
United States Bankruptcy Court