# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

| | | |
|---|---|---|
| **Jay E Jipner dba President of Robinson Fuels, Inc. dba Member of Hart and Mead Energy, LLC dba Member of All Star Fuel, LLC** | ) | **Case No. 18-10536-CAB** |
| **Debtor** | ) | **Chapter 13 Proceeding** |
| | ) | **January 22, 2019** |

## OBJECTION TO CONFIRMATION OF PLAN

**JPMorgan Chase Bank, National Association**, (the "Creditor"), hereby objects to confirmation of the Debtor's Chapter 13 Plan filed on January 17, 2019 (the "Plan"), in connection with the above referenced matter for the following reasons:

1. The Plan does not provide for payment of the post-petition mortgage payments due to the creditor pursuant to the terms of its security interest.

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

I hereby certify that on this 22nd day of January, 2019, a copy of the foregoing was served to the following:

Jay E Jipner dba President of Robinson Fuels, Inc. dba Member of Hart and Mead Energy, LLC dba Member of All Star Fuel, LLC
Debtor
8 Elm St.
Bristol, VT 05443
*Via First Class Mail*

Jan M. Sensenich, Esq.
Trustee
*Via Electronic Notice of Filing*

David W. Lynch, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com